United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MISRAK WOLDEMICHAEL, § <br> §<br> Plaintiff, § <br> §<br> VS. § <br> §<br> §<br> STATE FARM LLOYDS, § <br> §<br> Defendant. § | NO. 3:22-cv-308 |

## CONDITIONAL DISMISSAL ORDER

The parties filed a joint notice of settlement advising the court that the parties in the above-referenced dispute have agreed to a settlement in principle. Dkt. 7. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, unless any party represents in writing filed with the court **on or before October 27, 2022**, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the court **on or before October 27, 2022.**

All pending motions are hereby **DENIED** as moot. Each party shall bear its own attorneys' fees and costs.

SIGNED on Galveston Island on this 26th day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE